# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MARY K. CORNELIUS,<br><br>     Plaintiff,<br><br>v.<br><br>ELEVATE RECOVERIES, LLC,<br><br>     Defendant. | Case No. 4:19-cv-00210-ALM-KPJ |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, MARY K. CORNELIUS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, ELEVATE RECOVERIES, LLC, with prejudice, with both parties to bear their own attorney's fees and cost.

Dated: October 9, 2019

Respectfully submitted,

MARY K. CORNELIUS

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com