# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MARY K. CORNELIUS | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** 4:19-cv-210-SDJ |
| | § | |
| ELEVATE RECOVERIES, LLC | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Plaintiff's Notice of Dismissal (Dkt. #10).

It is **ORDERED** that this action is dismissed with prejudice. Each party shall bear its own attorney fees and court costs.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**So ORDERED and SIGNED this 11th day of October, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE